UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                  Plaintiff,

                                                                       <u>DECISION AND ORDER</u>

                                                                       06-CR-6038L

                          v.

TONY CARVIN,

                                  Defendant.
_____

Defendant's motion to unseal records (Dkt. #66) is denied as moot.

IT IS SO ORDERED.

                                                      _____
                                                         DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
       January 14, 2009.